C. Genevieve Jenkins (SBN 271128)
cgjenkins@excelsislaw.com
Zainah Alfi (SBN 304164)
zalfi@excelsislaw.com
EXCELSIS LAW, P.C.
4405 Riverside Drive, Ste 206
Los Angeles, CA 91505
Telephone: 213-340-0300
Facsimile:  213-340-0200

Attorneys for Plaintiff
TAMARA GEIST

James T. Conley (SBN 224174)
james.conley@ogletree.com
Michele J. Bongiovanni (SBN 309884)
michele.bongiovanni@ogletree.com
Sandra Benlevy (SBN 211568)
sandra.benlevy@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA GEIST, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-01298-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES**<br><br>Action Filed:    May 6, 2024<br>Trial Date:       None Set |

1  Plaintiff TAMARA GEIST ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties' deadline to complete fact discovery is June 4, 2025;

WHEREAS, Plaintiff noticed a Rule 30(b)(6) deposition with twenty – one proposed matters of examination on May 5, 2025 to occur on a unilaterally selected date and time;

WHEREAS, Defendant objected to the noticed date due to unavailability of counsel as well as to the proposed topics of examination on May 22, 2025;

WHEREAS, the Parties require time to meet and confer on a mutually agreeable date and time for the Rule 30(b)(6) deposition to occur;

WHEREAS, the Parties require time to meet and confer on the proposed matters of examination;

WHEREAS, on March 21, 2025, Plaintiff mentioned several additional healthcare providers that were not included in her responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12 during her deposition;

WHEREAS, Plaintiff requires additional time to supplement her responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12;

WHEREAS, Defendant requires additional time to subpoena the relevant medical records based upon receipt of Plaintiff's supplemental responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12;

WHEREAS, the Parties are making this request as soon as reasonably practicable once the Parties realized the necessity of the extension based on deposition availability and availability of information necessary to provide supplemental discovery responses;

WHEREAS, both Parties will suffer significant prejudice if the fact discovery deadline is not extended for the limited purposes of the Rule 30(b)(6) deposition and supplementation of Plaintiff's responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12, because neither Party will have sufficient time to conduct discovery necessary for trial;

WHEREAS, the Parties agree that neither Party will suffer any prejudice if the Court extends the fact discovery deadline for the limited purposes of the Rule 30(b)(6) deposition and

supplementation of Plaintiff's responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12;

WHEREAS, the Parties agree that the interests of justice are best served by ***an extension of the fact discovery deadline for the limited purposes of the Rule 30(b)(6) deposition and supplementation of Plaintiff's responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12***;

**THEREFORE**, for the reasons set forth above, good cause exists for an extension of the June 4, 2025, fact discovery set forth in the May 6, 2024 Initial Pretrial Scheduling Order (Dkt. No. 4) solely for the purposes of the Rule 30(b)(6) deposition and supplementation of Plaintiff's responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12. Subject to the Court's approval the Parties stipulate and agree to the proposed revised deadlines below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cutoff for the Sole Purpose of the Rule 30(b)(6) Deposition of Walmart and Supplementation of Plaintiff's responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12 and that Defendant may Subpoena the Relevant Records Prior to the Close of Fact Discovery. | June 4, 2025 | August 4, 2025 |

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: June 3, 2025                                      EXCELSIS LAW, P.C.


                                                         By: /s/ *Zainah Alfi*
                                                         C. Genevieve Jenkins
                                                         Zainah Alfi

                                                         Attorneys for Plaintiff
                                                         TAMARA GEIST


DATED:  June 3, 2025                                     OGLETREE, DEAKINS, NASH, SMOAK &
                                                         STEWART, P.C.



                                                         By:    /s/ *James T. Conley*
                                                         James T. Conley
                                                         Michele J. Bongiovanni
                                                         Sandra Benlevy

                                                         Attorneys for Defendant
                                                         WAL-MART ASSOCIATES, INC.


## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories in compliance with Local Rule 131(e).


 Date:  June 3, 2025                                     By:   /s/ *James T. Conley*
                                                         James T. Conley

**ORDER**

The Court having read and considered the Parties' Joint Stipulation to Continue Pretrial Dates, and good cause appearing:

IT IS HEREBY ORDERED that the pretrial dates shall be as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact Discovery Cutoff for the Sole Purpose of the Rule 30(b)(6) Deposition of Walmart and Supplementation of Plaintiff's responses to Set One of Defendant's Special Interrogatories, Nos. 11 and 12 and that Defendant may Subpoena the Relevant Records Prior to the Close of Fact Discovery. | June 4, 2025 | August 4, 2025 |

**IT IS SO ORDERED.**

Dated:  June 3, 2025

_____
Troy L. Nunley
Chief United States District Judge