C. Genevieve Jenkins (SBN 271128)
cgjenkins@excelsislaw.com
Zainah Alfi (SBN 304164)
zalfi@excelsislaw.com
EXCELSIS LAW, P.C.
4405 Riverside Drive, Ste 206
Los Angeles, CA 91505
Telephone: 213-340-0300
Facsimile:  213-340-0200

Attorneys for Plaintiff
TAMARA GEIST

James T. Conley (SBN 224174)
james.conley@ogletree.com
Michele J. Bongiovanni (SBN 309884)
michele.bongiovanni@ogletree.com
Sandra Benlevy (SBN 211568)
sandra.benlevy@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA GEIST, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-01298-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES**<br><br><br>Action Filed:    May 6, 2024<br>Trial Date:      None Set |

Plaintiff TAMARA GEIST ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties' deadline to complete fact discovery is August 4, 2025;

WHEREAS, Plaintiff conducted a Rule 30(b)(6) deposition on July 23, 2025;

WHEREAS, the Parties are continuing to meet and confer on several topics where further information is requested by Plaintiff;

WHEREAS, Defendant has not yet received medical records subpoenaed from Plaintiff's healthcare providers and has not had the opportunity to evaluate whether Plaintiff's healthcare provider depositions are necessary;

WHEREAS, the Parties are making this request as soon as reasonably practicable once the Parties realized the necessity of the extension based on productive meet and confer efforts regarding Plaintiff's request for further information following Defendant's Rule 30(b)(6) deposition and Defendant's need to review Plaintiff's medical records and potentially depose Plaintiff's healthcare provider(s);

WHEREAS, both Parties will suffer significant prejudice if the fact discovery deadline is not extended for the limited purposes outlined above;

WHEREAS, the Parties agree that neither Party will suffer any prejudice if the Court extends the fact discovery deadline for the limited purposes outlined above;

WHEREAS, the Parties agree that the interests of justice are best served by ***an extension of the fact discovery deadline for the limited purposes of Plaintiff's request for further information following Defendant's Rule 30(b)(6) deposition and Defendant's review of Plaintiff's medical records and potential deposition(s) of Plaintiff's healthcare providers***;

**THEREFORE**, for the reasons set forth above, good cause exists for an extension of the August 4, 2025 fact discovery deadline. Subject to the Court's approval the Parties stipulate and agree to the proposed revised deadlines below:

/ / /

/ / /

/ / /

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cutoff for the Sole Purpose of meeting and conferring on the Rule 30(b)(6) Deposition of Walmart and Defendant obtaining medical records and potentially deposing Plaintiff's healthcare providers. | August 4, 2025 | September 2, 2025 |

**IT IS SO STIPULATED.**

DATED:  August 4, 2025                    EXCELSIS LAW, P.C.


By: /s/ *Zainah Alfi*
C. Genevieve Jenkins
Zainah Alfi

Attorneys for Plaintiff
TAMARA GEIST

DATED:  August 4, 2025                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   /s/ *Michele J. Bongiovanni*
James T. Conley
Michele J. Bongiovanni
Sandra Benlevy

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatories in compliance with Local Rule 131(e).

Date:  August 4, 2025                    By:  /s/ *Michele J. Bongiovanni*_____
                                              Michele J. Bongiovanni

4

**ORDER**

The Court having read and considered the Parties' Joint Stipulation to Continue Pretrial Dates, and good cause appearing:

IT IS HEREBY ORDERED that the pretrial dates shall be as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cutoff for the Sole Purpose of meeting and conferring on the Rule 30(b)(6) Deposition of Walmart and Defendant obtaining medical records potentially deposing Plaintiff's healthcare providers. | August 4, 2025 | September 2, 2025 |

**IT IS SO ORDERED.**

Dated:  August 5, 2025

_____
Troy L. Nunley
Chief United States District Judge