C. Genevieve Jenkins (SBN 271128)
cgjenkins@excelsislaw.com
Zainah Alfi (SBN 304164)
zalfi@excelsislaw.com
EXCELSIS LAW, P.C.
4405 Riverside Drive, Ste 206
Los Angeles, CA 91505
Telephone: 213-340-0300
Facsimile:  213-340-0200

Attorneys for Plaintiff
TAMARA GEIST

James T. Conley (SBN 224174)
james.conley@ogletree.com
Michele J. Bongiovanni (SBN 309884)
michele.bongiovanni@ogletree.com
Sandra Benlevy (SBN 211568)
sandra.benlevy@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA GEIST, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-01298-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES**<br><br>Action Filed:    May 6, 2024<br>Trial Date:      None Set |

1    Plaintiff TAMARA GEIST ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC.
2 ("Defendant"), by and through their counsel, hereby stipulate and agree as follows:
3    WHEREAS, Plaintiff conducted a Rule 30(b)(6) deposition on July 23, 2025;
4    WHEREAS, the Parties' deadline to complete fact discovery is September 2, 2025;
5    WHEREAS, the Parties identified additional documents to be produced by Defendant in lieu
6 of additional Rule 30 (b)(6) depositions during their meet and confer efforts on August 1, 2025;
7    WHEREAS, the Parties agreed to an additional document production for Matters of
8 Examination Nos. 13 and 14 by Defendant in lieu of additional Rule 30 (b)(6) depositions on August
9 14, 2025;
10    WHEREAS, the Parties met and conferred on the scope of the additional documents
11 responsive to Matter of Examination No. 2 on August 18, 2025;
12    WHEREAS, Defendant requires additional time to produce the documents identified through
13 the Parties' meet and confer efforts to date and will produce documents no later than November 3,
14 2025;
15    WHEREAS, Defendant has not yet received medical records subpoenaed from Plaintiff's
16 healthcare providers and has not had the opportunity to evaluate whether Plaintiff's healthcare
17 provider depositions are necessary;
18    WHEREAS, the Parties are making this request as soon as reasonably practicable once the
19 Parties realized the necessity of the extension based on productive meet and confer efforts regarding
20 Plaintiff's request for further information following Defendant's Rule 30(b)(6) deposition and
21 Defendant's need to review Plaintiff's medical records and potentially depose Plaintiff's healthcare
22 provider(s);
23    WHEREAS, both Parties will suffer significant prejudice if the fact discovery deadline is
24 not extended for the limited purposes outlined above;
25    WHEREAS, the Parties agree that neither Party will suffer any prejudice if the Court
26 extends the fact discovery deadline for the limited purposes outlined above;
27    WHEREAS, the Parties agree that the interests of justice are best served by *an extension of*
28 *the fact discovery deadline for the limited purposes of Plaintiff's request for further information*

*following Defendant's Rule 30(b)(6) deposition and Defendant's review of Plaintiff's medical records and potential deposition(s) of Plaintiff's healthcare providers*;

      **THEREFORE**, for the reasons set forth above, good cause exists for an extension of the September 2, 2025 fact discovery deadline to November 3, 2025. Defendant will produce responsive documents no later than November 3, 2025 and Plaintiff will have 21 days following the 60-day document production deadline to meet and confer with Defendant and / or request an Informal Discovery Conference.  Subject to the Court's approval the Parties stipulate and agree to the proposed revised deadlines below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact discovery cutoff for the purpose of the document production related to the Rule 30(b)(6) Deposition of Defendant and Defendant obtaining medical records and potentially deposing Plaintiff's healthcare providers. | September 2, 2025 | November 3, 2025 |
| Plaintiff shall have until November 25, 2025 to meet and confer on Defendant's document production and request an Informal Discovery Conference with the Court if necessary. | September 2, 2025 | November 25, 2025 |

**IT IS SO STIPULATED.**

DATED: September 2, 2025                EXCELSIS LAW, P.C.


                                        By: /s/ *Zainah Alfi*
                                            C. Genevieve Jenkins
                                            Zainah Alfi

                                        Attorneys for Plaintiff
                                        TAMARA GEIST


DATED: September 2, 2025                OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.



                                        By:   /s/ *James T. Conley*
                                            James T. Conley
                                            Michele J. Bongiovanni
                                            Sandra Benlevy

                                        Attorneys for Defendant
                                        WAL-MART ASSOCIATES, INC.


**SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatories in compliance with Local Rule 131(e).


Date: September 2, 2025                 By: /s/ *James T. Conley*
                                            James T. Conley

**ORDER**

The Court having read and considered the Parties' Joint Stipulation to Continue Pretrial Dates, and good cause appearing:

IT IS HEREBY ORDERED that the pretrial dates shall be as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact discovery cutoff for the purpose of the document production related to the Rule 30(b)(6) deposition of Defendant and Defendant obtaining medical records and potentially deposing Plaintiff's healthcare providers. | September 2, 2025 | November 3, 2025 |
| Plaintiff shall have until November 25, 2025 to meet and confer on Defendant's document production and request an Informal Discovery Conference with the Court if necessary. | September 2, 2025 | November 25, 2025 |

IT IS SO ORDERED.

Dated: September 2, 2025

_____
Troy L. Nunley
Chief United States District Judge